COURT OF APPEALS OF VIRGINIA


Present:   Judges Elder, Clements and Senior Judge Annunziata


PEARLINE M. BARLOW

v.       Record No. 2418-07-1

FARM FRESH SUPERMARKET #44205
  AND SUPERVALU, INC.

MEMORANDUM OPINION*
PER CURIAM
FEBRUARY 12, 2008


FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

(Leon R. Sarfan; Sarfan & Nachman, L.L.C., on brief), for appellant.

(Steven H. Theisen; Midkiff, Muncie & Ross, on brief), for appellees.


Pearline M. Barlow appeals a decision of the Workers' Compensation Commission finding that she failed to prove she sustained an injury by accident arising out of her employment on February 7, 2006. We have reviewed the record and the commission's opinion and find that this appeal is without merit. Accordingly, we affirm for the reasons stated by the commission in its final opinion. See Barlow v. Farm Fresh Supermarket #44205, VWC File No. 227-37-29 (Sept. 4, 2007). We dispense with oral argument and summarily affirm because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process. See Code § 17.1-403; Rule 5A:27.

Affirmed.

---

* Pursuant to Code § 17.1-413, this opinion is not designated for publication.